UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RAYMOND L. CLARIDA,

Plaintiff,

- against -

MICHAEL RITTER,

Defendant.

---------------------------------------------------------------X

26-CV-6845 (ER) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 14, 2026, the Government filed its opposition to Petitioner's petition for habeas corpus. Petitioner's reply, if any, shall be filed by **December 14, 2026**. In the absence of a reply, the Court will decide the application based on the existing record.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail this order to the pro se petitioner at:

Raymond L. Clarida
19-A-2590
Eastern Correctional Facility
P.O. Box 338
Napanoch, NY 12458